UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
JUDGE KYLE/MAGISTRATE JUDGE MASON

Julie Williams,

Plaintiff,

vs.

County of Chisago,
Chisago County Sheriff's Department,
and Paul Ebert,

Defendants.

Court File No.: 00-152RHK/JMM

**STIPULATION FOR PROTECTIVE ORDER**

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff and Defendants, through their respective counsel, that the following provisions and conditions shall govern the parties.

1. Until further order of the Court or stipulation of the parties, any documents regarding the allegations of harassment and Defendant County's response to same, including but not limited to its investigatory data, reports and disciplinary actions, which may be considered to be non-disclosable by the Minnesota Government Data Practices Act, including but not limited to such information contained in Initial Disclosures, Answers to Interrogatories, Responses to Request for Admissions, Responses to Request for Documents and deposition testimony, shall be subject to this Stipulation.

2. The parties stipulate that said documents may be disclosed to Plaintiff and Defendant Ebert in this litigation, only with the approval and order of the undersigned Judge of District Court, in accordance with Minn. Stat. §13.39, Subd. 2a.

FILED JAN 02 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

3. Plaintiff and Defendants further stipulate that all documents covered by this Stipulation shall not be given, shown, made available, or communicated in any way to anyone other than:

a. the Plaintiff, her attorneys of record, and the attorneys' office staff who must be shown the information for purposes of this litigation;

b. the attorneys of record for Defendants and their office staff who must be shown the information for purposes of this litigation;

c. the Court and the jury, if required in any further proceeding herein;

d. outside consultants and experts retained by the parties for the purpose of assisting in preparation for trial; and

e. a mediator, arbitrator, or other ADR neutral.

Nothing in this Stipulation shall prohibit the attorneys of record from making the confidential information accessible to the parties. However, before communicating about the contents of these documents or making them accessible to the parties, agreement in writing (per the form attached as Exhibit A) must be obtained from these individuals, reciting that he or she has read a copy of this Stipulation and Order and agrees to be bound by its provisions.

4. Before making disclosure or discovery to outside consultants and experts retained for the purpose of assisting in the preparation for trial or settlement, agreement in writing (per the form attached as Exhibit A) must be obtained from these individuals, reciting that he or she has read a copy of this Stipulation and Order and agrees to be bound by its provisions. If the Court requires that the identity of outside experts and consultants be disclosed, a copy of all agreements to be bound which have been executed by such persons shall be furnished to the parties upon request. A copy of each executed agreement is to be provided to the other party's counsel.

5. No documents covered by this Stipulation shall be used or communicated by any person receiving it for any purpose whatsoever other than preparation for and presentation at trial or settlement of this matter.

6. There shall be no reproduction whatsoever of such documents except that as required in the litigation, copies, excerpts or summaries may be shown or given to those authorized to receive documents subject to this Stipulation.

7. Discovery or disclosures required to be filed with the Court shall be sealed by the Court Administrator and shall be available for inspection only by the Court.

8. The parties, in producing documents in this action which contain extremely sensitive information of a non-public nature, may designate such documents as "Confidential," which documents shall be so marked.

9. In responding to written discovery directed to a party, the party may designate any portion of its response which contains extremely sensitive information of a non-public nature as "Confidential."

10. In any deposition, the parties may designate any testimony deemed to be confidential by advising the reporter of such fact. The reporter shall separately transcribe those portions of the testimony so designated, shall mark the face of the transcript accordingly, and shall file the transcript under separate cover with the attorney of record who took the deposition.

11. Information designated as "Confidential" may be referred to by the parties in notices, motions, briefs, or any other pleadings, may be used in depositions and may be marked as deposition exhibits in this action and may be used at trial and marked as trial exhibits. However, no such information shall be used for any of these purposes unless it, or the portion where it is revealed, is appropriately marked and separately filed under seal with the Court.

12. On final termination of this action, including all appeals, each attorney of record shall be responsible for returning to the opposing attorney of record the original and copies of all documents which contain information provided during the course of discovery, including all excerpts and summaries thereof, except that each attorney of record may retain all memoranda and correspondence derived from discovered information for purposes of keeping a legal file. Despite final termination of this action, this Stipulation shall continue to apply to all discovery covered by it.

13. Nothing in this Stipulation shall prevent any party or non-party from seeking a modification of it or objecting to discovery which it believes to be otherwise improper.

DATED: 12/14/00

QUINLIVAN & HUGHES, P.A.

By: ______________________

Dyan J. Ebert 237966
Attorney for Defendant the
County of Chisago and
Chisago County Sheriff's Office
400 South First Street Ste 600
P. O. Box 1008
St. Cloud, MN 56302-1008
320-251-1414
320-251-1415 (FAX)

DATED: 12/1/00

NICHOLS, KASTER & ANDERSON

By: ______________________

Nicholas May
Attorney for Plaintiff
80 S Eighth Street #4644
Minneapolis, MN 55402-2242

DATED: 11/7/2000

ERSTAD & RIEMER, P.A.

By: ______________________

Jon K. Iverson #116389
Attorney for Defendant Ebert
3800 W 80th St #1000
Minneapolis, MN 55431-4441

IT IS SO ORDERED:

DATED: 12/22/00

By: ______________________

Judge Magistrate Mason

**EXHIBIT A**

AGREEMENT TO BE BOUND BY PROTECTIVE ORDER

The undersigned hereby acknowledges that he or she has received a copy of the Stipulation and Order entered in Williams v. Chisago County, et al., which is attached hereto as Exhibit 1, has read the Stipulation and Order and agrees to be bound by all the provisions thereof.

DATED: _______________ ______________________________

Subscribed and sworn to before
me this ____ day of ____________, 2000.

____________________________
Notary Public

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
OFFICE OF THE CLERK
316 N. Robert St., Rm 708
St. Paul, MN 55101

## Clerks Notice In Re: Protective Order

A Protective/Confidentiality Order has been entered in this action. You must comply with the guidelines set forth below when filing confidential original documents with the Clerk of U. S. District Court. Failure to do so will cause the documents to be returned.

***Guidelines for filing with the Clerk:***

A. Documents are to be sealed (closed, fastened, taped, or otherwise secured) in an envelope of comparable size no larger than 9 by 12 (LR5.1 All pleadings, motions, and other papers presented for filing shall be on 8 ½ x 11 inch white paper...flat and unfolded. This rule does not apply to (1) exhibits submitted for filing; and, (2) documents filed in removed actions prior to removal from the state courts.)

B. Each envelope must list the following information, and each document is to be in a separate envelope.
- Action/case number
- Brief action/case title
- Party, name, and complete title of document (i.e. Deft. Johnson's Motion for Dismissal) must be noted on each envelope. Motions, affidavits and memorandums are considered three separate documents).
- The word "SEALED" or "CONFIDENTIAL"

***Guidelines for filing with a U. S. District Judge or Magistrate Judge:***

In addition to the above procedures, copies for delivery to the U. S. District Judge or U. S. Magistrate Judge are to be marked accordingly and bound together as a set.