CV 00-1524 RHK/JMM

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NOTICE OF ASSIGNMENT
OF CASES FOR TRIAL
BEFORE JUDGE KYLE

The following civil cases are deemed ready for trial before Judge Richard H. Kyle. **Cases venued in the Third Division will be tried in St. Paul, Fifth Division in Duluth, and Sixth Division in Fergus Falls as of September 1, 2001.** The cases are listed in the order in which they will be tried, but cases may be called randomly from the list if necessary. **UNDER THE SPEEDY TRIAL ACT, THE TRIALS OF CRIMINAL CASES MAY BE REQUIRED TO TAKE PRECEDENCE OVER THE TRIALS OF CIVIL CASES.**

Any motion for a continuance must be scheduled for a hearing before Judge Kyle.

Questions regarding the calendar may be directed to Deborah Siebrecht, Calendar Clerk for Judge Kyle, 316 North Robert Street, St. Paul, Minnesota 55101 (651) 848-1166.

DATED: May 1, 2001.

FILED APR 30 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

| | | |
|---|---|---|
| 1. | Richard B. Brozo | James Kaster<br>612-338-1919 |
| | vs CV 00-751 RHK/JMM<br>JURY | |
| | Oracle Corporation | Daniel Palmquist<br>612-335-1500 |
| 2. | David Andren | Stephen Cooper<br>612-338-3533<br>Eric Bull<br>952-955-3405 |
| | vs CV 00-886 RHK/SRN<br>COURT | |
| | Harvest States Cooperative etal | Kathryn Mrkonich<br>612-630-1000<br>Martha Keon<br>310-772-7209 |
| 3. | David M. Armstrong | Richard Hechter<br>612-512-7512 |
| | vs CV 00-1152 RHK/JMM<br>JURY | |
| | Michael Kaneko etal | James Moore<br>612-673-2010 |

| | | |
|---|---|---|
| 4. | Shelly L. Garvais | George Eck<br>612-340-2600<br>Todd Dwire<br>952-469-4940 |
| | vs CV 00-1491 RHK/SRN<br>JURY | |
| | Alan Ritchey Inc. | Sally Ferguson<br>612-339-3500 |
| 5. | Julie Williams | James Kaster<br>612-338-1919 |
| | vs CV 00-1524 RHK/JMM<br>JURY | |
| | Paul Ebert | Jon Iverson<br>952-896-3700 |
| 6. | Equal Employment Opportunity Commission | Reuben Daniels<br>414-297-1111<br>Laurie Vasichek<br>612-335-4040 |
| | vs CV 99-1490 RHK/SRN<br>JURY | |
| | Thief River Falls Motel Corporation etal | David Nightingale<br>763-546-1200 |