**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**JUDGE KYLE/MAGISTRATE JUDGE MASON**

Julie Williams,

Plaintiff,

vs.

County of Chicago,
Chisago County Sheriff's Department,
and Paul Ebert,

Defendants.

Court File No. :00-~~152~~ 1524 RHK/JMM

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER DIRECTING ENTRY OF JUDGMENT DISMISSING CIVIL ACTION AND JUDGMENT**

The parties to this civil action, by their respective attorneys, hereby stipulate that all issued raised by the pleadings herein have been resolved. Accordingly, they hereby apply jointly to the Court for an order directing entry of judgment of dismissal with prejudice, and they respectfully request that the court enter such an order and judgment immediately.

IVERSON REUVERS, L.L.C.

Dated: August 25, 2001

By: ____________________

Jon K. Iverson #146389
Attorney for Defendant Paul Ebert
230 8585 W. 78th St.
Bloomington, MN 55438
(952) 548-7210
(952) 946-1501 (Fax)

FILED SEP 14 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD SEP 14 2001
DEPUTY CLERK ________

NICHOLS KASTER & ANDERSON, PLLP

Dated: 8/23/01

By: ____________________
Nicholas G.B. May
Attorney for Plaintiff Julie Williams
80 S. 8th Street, Suite 4644
Minneapolis, MN 55402
(612) 338-1919
(612) 338-4878 (Fax)

QUINLIVAN & HUGHES, P.A.

Dated: 9-4-01

By: ____________________
Dyan J. Ebert #0237966
Attorneys for Defendant Chicago County
PO Box 1008
St. Cloud, MN 56302
(320) 251-1414
(320) 251-1415 (Fax)

**ORDER DIRECTING ENTRY OF JUDGMENT**
**DISMISSING CIVIL ACTION**

Upon the stipulation of the parties and by Order of the Court,

IT IS ADJUDGED, that the above civil action is dismissed with prejudice.

BY THE COURT:

Dated: 9/14/01

____________________
Judge of District Court

**JUDGEMENT**

Upon the foregoing stipulation, IT IS ORDERED that the Court Administrator for this County shall enter judgment of dismissal of this matter, with prejudice, immediately.

BY THE COURT:

Dated: ____________________

____________________
District Court Administrator

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**


| | | |
|---|---|---|
| 700 Federal Building | 202 U.S. Courthouse | 417 U. S. Courthouse |
| 316 North Robert Street | 300 South Fourth Street | 515 West First Street |
| St. Paul, MN 55101 | Minneapolis, MN 55415 | Duluth, MN 55802 |
| (651) 848-1100 | (612) 664-5000 | (218) 529-3500 |